IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WESLEY BIRRELL, aka Bella-Christina Birrell,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHELLE DiTOMAS,<br><br>　　　　Defendant. | No. 2:22-CV-1834-KJM-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On November 15, 2022, the Court directed Plaintiff to resolve the fee status for this case within 30 days. See ECF No. 5. As of December 27, 2022, Plaintiff had not complied, and the Court issued findings and recommendations that this action be dismissed for failure to comply with court orders. See ECF No. 6. On January 9, 2023, Plaintiff filed objections to the December 27, 2022, findings and recommendations. See ECF No. 7. Concurrent with objections, Plaintiff filed a motion for leave to proceed in forma pauperis. See ECF No. 8. Good cause appearing therefor based on Plaintiff's filing of a motion for leave to proceed in forma pauperis, the December 27, 2022, findings and recommendations will be vacated. Plaintiff's in forma pauperis application is addressed below.

///

Pending before the Court is Plaintiff's motion to proceed in forma pauperis. See ECF No. 8. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's request to proceed in forma pauperis will, therefore, be granted.

The sufficiency of Plaintiff's complaint and service thereof will be addressed separately.

Accordingly, IT IS HEREBY ORDERED that:

1. The December 27, 2022, findings and recommendations are vacated; and

2. Plaintiff's application for leave to proceed in forma pauperis, ECF No. 8, is granted.

Dated: January 23, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE