**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID WESLEY BIRRELL, aka Bella-Christina Birrell, | No.  2:22-CV-1834-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| MICHELLE DiTOMAS, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' first motion, ECF No. 17, for an extension of time to file a response to Plaintiff's complaint.  Plaintiff has not filed an opposition within the time permitted therefor for objection to requests for administrative relief.  Good cause appearing therefor, Defendants' motion is granted.  Defendants shall file a response to Plaintiff's complaint On or before June 30, 2023.

IT IS SO ORDERED.

Dated:  May 18, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1