IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WESLEY BIRRELL, aka Bella-Christina Birrell,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHELLE DiTOMAS,<br><br>　　　　　Defendant. | No. 2:22-CV-1834-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 20, for an extension of time to file an opposition to Defendants' motion to dismiss. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to upcoming eye surgery, Plaintiff's motion will be granted.

///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 20, is GRATNED.
2. Plaintiff may file an opposition to Defendants' motion to dismiss within 60 days of the date of this order.

Dated: July 31, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE