IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WESLEY BIRRELL, aka Bella-Christina Birrell,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHELLE DiTOMAS,<br><br>        Defendant. | No.  2:22-CV-1834-KJM-DMC-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 22, for an extension of time to file an opposition to Defendants' motion to dismiss.  Good cause appearing therefor it is ordered as follows:

       1.    Plaintiff's motion for an extension of time, ECF No. 22, is granted.

       2.    Plaintiff's opposition to Defendants' motion to dismiss is due on or before December 1, 2023.

Dated:  October 5, 2023

                                        DENNIS M. COTA
                                        UNITED STATES MAGISTRATE JUDGE